UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES TURNER, REUBEN BRYANT,
TIMOTHY DAVIS, and TYESHA BROWN,
on behalf of themselves and a class of others
similarly situated,

    Plaintiff,

vs.                                        Case No. 2:14-cv-14036-MOB
                                              Hon. Marianne O. Battani

CITY OF DETROIT,

    Defendant.
_____/

| LOEVY & LOEVY | HARON LAW GROUP |
|---|---|
| BY:  ARTHUR LOEVY<br>       CINDY TSAI<br>       JON LOEVY<br>       MICHAEL KANOVITZ<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, IL 60607<br>(312) 243-5900<br>Email:  cindy@loevy.com<br>Attorneys for Plaintiffs | BY:  DAVID L. HARON (P 14655)<br>Haron Law Group<br>30300 Northwestern Drive, ste 115<br>Farmington Hills, MI 48334<br>(248) 539-7420<br>Email: dharon@haronlawgroup.com<br>Attorney for Plaintiffs |

JAMES NOSEDA (P-52563)
CHARLES N. RAIMI (P-29746)
CITY OF DETROIT LAW DEPARTMENT
2 Woodward Ave., 5th Floor
Detroit, MI 48226
(313) 237-3057 / 5037
Email: nosej@detroitmi.gov; raimic@detroitmi.gov
Attorneys for Defendant                                    May 30, 2018

_____/

**STIPULATED ORDER TO EXTEND DEADLINES**

Upon stipulation of the parties, the Court hereby enters the following scheduling dates for this case:

- Discovery for Class Certification deadline: 7/30/2018

- Parties' expert disclosures and report re class certification due: 9/4/2018

- Parties' rebuttal reports due: 9/17/2018

- Expert deps to be completed by: 10/5/2018

- Plaintiff's motion for class cert due by: 10/26/2018

- Defendant's Response due: 11/30/2018

- Plaintiff's reply due: 12/21/2018

**STATUS CONFERENCE TO SCHEDULE A HEARING DATE: JANUARY 7, 2019 at 11:00 a.m.**

**NO FURTHER ADJOURNMENTS WITHOUT AN APPEARANCE BEFORE THE COURT.**

IT IS SO ORDERED.
                                         s/Marianne O. Battani
                                         MARIANNE O. BATTANI
                                         United States District Judge