UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES TURNER, *et al.,*

    Plaintiffs,

v.

CITY OF DETROIT,

    Defendant.

Case No. 14-14036

Hon. Marianne O. Battani

_____/

ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

In a report and recommendation ("R & R") dated June 30, 2020, Magistrate Judge R. Steven Whalen recommends that the Court grant Plaintiffs' corrected motion to dismiss Charles Turner as a plaintiff in this suit. As noted by the Magistrate Judge, the underlying motion addressed in the R & R is unopposed. Similarly, no objections have been filed to the R & R, and the deadline for doing so has passed. Accordingly, having reviewed the R & R, Plaintiffs' underlying motion, and the remainder of the record, this Court fully concurs in the Magistrate Judge's analysis and recommended disposition of Plaintiffs' motion.

For these reasons, the Court **ADOPTS** the Magistrate Judge's June 30, 2020 report and recommendation (Dkt. 56), and **GRANTS** Plaintiffs' February 11, 2020

corrected motion to dismiss (Dkt. 48).  In accordance with the recommendations in the Magistrate Judge's R & R, Charles Turner is **DISMISSED** as a Plaintiff in this action.

    **IT IS SO ORDERED.**

Date: July 31, 2020　　　　　　　　　　　　s/Marianne O. Battani
　　　　　　　　　　　　　　　　　　　　　　MARIANNE O. BATTANI
　　　　　　　　　　　　　　　　　　　　　　United States District Judge